UNITED STATES OF AMERICA,      :

                                  :      Criminal No. 09-320

                                  :

        v.                          :

                                  :

                                  :

DAVID IVINS,                    :

          Defendant.          :

                                  :

## **ORDER**

AND NOW, this 31st day of March, 2010, upon consideration of the Government's

Motion to Admit Evidence of Other Crimes Under Fed. R. Evid. 414 and Fed. R. Evid. 404(b),

(Doc. No. 23), and the arguments made by counsel at the September 23, 2009 hearing on the

Motion, it is hereby ORDERED that the Government's Motion to Admit Evidence of Other

Crimes Under Fed. R. Evid. 414 and Fed. R. Evid. 404(b) (Doc. No. 23) is DENIED.


                                BY THE COURT:


                                /s/ Joel H. Slomsky, J.
                                JOEL H. SLOMSKY, J.