IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
: Criminal No. 09-320
:
v. :
:
:
DAVID IVINS, :
:
Defendant. :

## ORDER

AND NOW, this 28th day of June, 2010, upon consideration of Government's Motion to Exclude Evidence Regarding the Prior Convictions of a Witness (Doc. No. 51) and Defendant's Motion *in Limine* to Admit Evidence of Witness Michael Mastranduono's Prior Criminal Convictions (Doc. No. 52), and following a hearing on the motions on June 23, 2010, it is ORDERED that Government's Motion is GRANTED IN PART AND DENIED IN PART, and Defendant's Motion is GRANTED IN PART AND DENIED IN PART, as follows:

1. Witness's June 19, 2000 convictions for Indecent Assault and Simple Assault are excluded;

2. Witness's August 4, 2003 conviction for Harassment is excluded;

3. Witness's August 8, 2006 conviction for use/possession of Drug Paraphernalia is excluded;

4. Witness's August 8, 2006 conviction for possession of Prohibited Offensive Weapons, arising out of a July 18, 2006 arrest, is admissible under Fed. R. Evid. 609(a)(1);

5. Witness's August 8, 2006 conviction for possession of Prohibited Offensive Weapons, arising out of a July 27, 2006 arrest, is admissible under Fed. R. Evid. 609(a)(1).

                                      BY THE COURT:

                                      /s/ Joel H. Slomsky, J
                                      JOEL H. SLOMSKY, J.